Complaint

ORIGINAL FILED

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

2012 AUG -8  PM 4: 58

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

TAMPA DIVISION

Case No:   8:12 cv 1796 T30 AEP

## PLAINTIFF DEMANDS TRIAL BY JURY

ANNAMARIE D RIETHMILLER

      Plaintiff

V

(Notice to the Court: this is a complex international individual rights matter. The trial hereof shall show extreme and deliberate violations by State of Florida and the United States of America when the State of Florida and the United States of America failed to exercise their criminal jurisdiction, leaving over 600 victims. Government officials did not follow the Constitution of the United States or of Florida and deliberately breached internationally protected individual rights laws and treaties knowing they are harming victims of crime. The failure of the State of Florida and the United States to adhere to its own laws and in particular the Supremacy Clause to the Constitution of the United States, leaves over 600 victims of crime, of which the Plaintiff is one. The relief sought from this court is to restore the Plaintiff's individual rights, protect hers family and create awareness of the other victims leaving a duty on the judicial officers dealing with this matter to protect such victims from further harm. The trial of this matter is necessary to hold accountable and bring to obedience under the Constitutions of Florida and the United States of America errant government officials acting outside the law, and ordering compensation against them in their personal capacities for harm caused and in particular restoration in respect of the constitutional crimes they perpetrated against the Plaintiff.)

**The First group of Defendants** are State of Florida and United States Government officials who are mandated by law to exercise certain powers inside the legal framework, including exercising the criminal jurisdiction of the State of Florida or the United States and adhering to the Judicial Cannon and other legislation. The trial by jury herein will prove conclusively that all these defendants exceeded such powers intentionally or intentionally failed to exercise the criminal jurisdiction of the State of Florida and the United States at the expense of victims of crime. Certain government officials even acted in concert with criminal conduct to deliberately harm victims, of which the Plaintiff is one. The defendant government officials in the first group set themselves outside the protection of the parameters allowed by the law for legitimate government exercise of power where they would have been protected through immunity of prosecution. The conduct of these government officials voided their immunity, and the Plaintiff is fully entitled to seek from them compensation in their personal capacities for their Constitutional and other crimes which harmed her and her family.

**The Second Group of Defendants are** individuals who hold positions with non-governmental institutions who had a duty by law to protect victims of crime and individual rights and report such illegal conduct. Their failure to act in terms of the mandates of their organizations specifically shows how when government officials exceed their powers, that civil society feels powerless to protect victims and will rather join in the abuse, rather than protect individuals.

**The Third Group of Defendants** are made up of a South African diplomat tasked to seek dialogue with the Secretary of State, Hillay Clinton for the United States to agree to the jurisdiction of the International Criminal Court, and other United States officials whom the Plaintiff made aware of the refusal by first the State of Florida and then the United States to exercise their criminal jurisdiction. Such officials were also made aware of constitutional and individual rights violations. In all their mandates by their appointment into office these individuals swore oaths to the Constitutions of the United States and had a duty to protect individual and other rights. The Plaintiff sought protection for her family and other victims of crime due to the failure of the United States to exercise its criminal jurisdiction and protect individual rights. Mr Nhlapo failed to obtain permission from the United States of America to subject itself to the jurisdiction of the International Criminal Court and the Rome Statute so that the Plaintiff could seek relief from that court. In terms of Mr Nhlapo's oath to the Constitution of the Republic of South Africa and the International duties binding that country, Mr Nhlapo had a duty to report the violations of the United States to safeguard victims and failed to do so and should have approached the security counsel of the United Nations to bring the matter to the attention of the International Criminal Court, but failed to do so.

11

**The Fourth Group of Defendants** are Representatives of the People of the State of Florida and of the United States of America who were notified by the Plaintiff that the current matter shows conclusively that the State of Florida and the United States of America harbor government officials who by law have a duty to protect the People but instead are putting their own interest above the People and the law. Such persons were further under obligation to implement the Supremacy Clause of the United States when called to do so, but failed. The matter therefore showed that those operating the system as well as the system itself are failing and this court has a legal duty to combat and correct public corruption at all levels and demand rigorous obedience to the Constitution of the United States by such officials.

**The Fifth Group of Defendants** are international legal bodies tasked in terms of international law to defend the rights of individuals deprived of internationally protected rights and in terms of the last Defendant, it is the body of countries which has the right to take the United States of America to the International Criminal Court for its failure to exercise its criminal jurisdiction, and the countries of the Security Counsel of the United Nations are therefore through this filing notified and requested to act in terms of the Rome Statute and hold the United States accountable for its failure to exercise its criminal jurisdiction, leaving over 600 victims of crime vulnerable and unprotected.

FIRST GROUP OF DEFENDANTS:

BRAXTON EZELL, Magistrate and Master, Manatee County Judicial Center

      First Defendant

MARC GILNER, Judge, Manatee County Judicial Center

      Second Defendant

PETER DUBENSKY, Judge, Manatee County Judicial Center

      Third Defendant

SUSAN MAULUCCI, Magistrate, Manatee County Judicial Center

      Fourth Defendant

JEANETTE DUNNIGAN, Judge, Manatee County Judicial Center

      Fifth Defendant

      BROWN, Judge, Manatee County Judicial Center

Sixth Defendant

DIANA MORELAND, Judge, Manatee County Judicial Center

Seventh Defendant

SMITH, Judge, Manatee County Judicial Center

Eight Defendant

LEE HAWORTH, Judge, co Manatee County Judicial Center

Ninth Defendant

New chief judge, Judge, Co Manatee County Judicial Center

Tenth Defendant

Chip Shore, Clerk of the Court for the 12th Judicial Circuit, Florida

Eleventh Defendant

Jeremy

Twelfth Defendant

- Judicial Qualifications Commission **Address** - 1110 Thomasville Road, Tallahassee, Florida 32303
- **Phone** - (850) 488-1581
- **Email** - **contact@floridajqc.com**

13

Thirteenth Defendant

Florida Bar  651 E. Jefferson Street

Tallahassee, FL 32399-2300

850/561-5600

Fourteenth Defendant

Birkhold, Clerk of the Court and relevant judicial officers from the Second District

Court of Appeals  1005 E. Memorial Blvd. **Lakeland**, FL 33801 Telephone: (863)

499-2290.

Fifteenth Defendant

Hall, Clerk of the Court,  and relevant judicial officers from the Florida Supreme

Court  500 South Duval Street Tallahassee,**Florida** 32399-1927 850.488.0125

Sixteenth Defendant

Whittemore  801 North **Florida** Ave. **Tampa, Florida** 33602 813-301-5400

Seventeenth Defendant

Moodly 801 North **Florida** Ave. **Tampa, Florida** 33602 813-301-5400

Eighteenth Defendant

Judge Columbia **333 Constitution Ave., N.W.**

**Washington, DC 20001**

### Nineteenth Defendant

Sandy Elliot,  Supreme Court of the United States

1 First Street, NE

Washington, DC 20543

### Twentieth Defendant

Brad Steube, Sheriff Manatee County, 600 US Highway 301 Blvd W, Bradenton,

Fl, 34205.

### Twenty First Defendant

Moreland, 1112 Manatee Ave. West

P.O. Box 1000

Bradenton, FL 34206-1000

(941) 747-3077

(941) 742-5868 Fax

### Twenty Second Defendant

James Boyd,  Office of Inspector General

2585 Merchants Row Boulevard

Tallahassee , FL

Phone: 850 -245-4141

Fax: 850 - 413-8985

### Twenty Third Defendant

David Harian,  Office of Inspector General

2585 Merchants Row Boulevard

Tallahassee , FL

Phone: 850 -245-4141

Fax: 850 - 413-8985

### Twenty Fourth Defendant

Louise Turner,  Office of Inspector General

2585 Merchants Row Boulevard

Tallahassee , FL

Phone: 850 -245-4141

Fax: 850 - 413-8985

### Twenty Fifth Defendant

Schmidt

### Twenty Sixth Defendant

16

Letter – chief jud off dept of health,   <u>Office of General Counsel</u>

2585 Merchants Row Boulevard

Tallahassee , FL

Phone: 850 -245-4005

Fax: 850 - 410-1448

Twenty Seventh Defendant

Surgeon general, **<u>State Surgeon General</u>**

**2585 Merchants Row Boulevard**

**Tallahassee , FL**

**Phone: 850 -245-4444**

**Fax: 850 - 922-9453**

**Twenty Eight Defendant**

Fl Inspector General  **2585 Merchants Row Boulevard**

**Tallahassee , FL**

**Twenty Ninth Defendant**

Rick Scott

Thirtieth Defendant

Pam Bondi

Thirty First Defendant

SECOND GROUP OF DEFENDANTS:

Kathleen King , c/o Republican Party of Manatee County, 2601 Manatee Ave W,

Bradenton, Fl, 34201

Thirty Second Defendant

Chuck KennedyFaith International Christian Center

7409 Manatee Avenue West, Bradenton, FL 34209

Thirty Third Defendant

Billy Cox  care of Blake Hospital Volunteer Chaplains, 2020 59th St W,

Bradenton, Fl 34209

Thirty Fourth Defendant

Blake Hospital   2020 59th St W, Bradenton, Fl 34209

Thirty Fifth Defendant

Manatee Hospital , 206 2nd St E, Bradenton, Fl

Thirty Sixth Defendant

THIRD GROUP OF DEFENDANTS:

Andrew Nhlapo  3051 Massachusetts Ave NW, Washington DC 20008

Thirty Seventh Defendant

Hillary Clinton  U.S. Department of State

2201 C Street NW

Washington, DC 20520

Thirty Eighth Defendant

Barak Obama 1600 Pennsylvania Av, NW Washington DC

Thirty Ninth Defendant

John Roberts, Supreme Court of the United States

1 First Street, NE

Washington, DC 20543

Fortieth Defendant

Robert S Mueller, III (FBI Director),  935 Pennsylvania Av NW, Washington DC

20535

Forty First Defendant

Eric H Holder  950 Pennsylvania Ave NW, Washington DC 20530

Forty Second Defendant

19

The State of New York , care  A Cuomo, New York State Capitol Building,

Albany, NY 12224

Forty Third Defendant

The State of Georgia The Office of the Governor

State of Georgia 206 Washington Street

Suite 203, State Capitol

Atlanta, GA 30334

Forty Forth Defendant

FOURTH GROUP OF DEFENDANTS:

Fl Senate  404 S. Monroe Street
Tallahassee, FL 32399-1100
Phone: (850) 487-5229

Forty Fifth Defendant

Fl Congress  Florida House of Representatives

420 The Capitol

402 South Monroe Street

Tallahassee, FL 32399-1300

Forty Sixth Defendant

20

US Congress  U.S. House of Representatives

Washington, DC 20515

(202) 224-3121

TTY: (202)-225-1904

Forty Seventh Defendant

US Senate  United States Senate

Washington, D.C. 20510

Forty Eight Defendant

## FIFTH GROUP OF DEFENDANTS:

International  Criminal Court     Maanweg, 174                  Regulusweg

    2516 AB, The Hague              2516 AB, The Hague

    The Netherlands                 The Netherlands

    Tel. + 31 (0)70 515 8515        Email visits@icc-cpi.int

    Fax +31 (0)70 515 8555

Forty Ninth Defendant

International Court of Justice **International Court of Justice**

Peace Palace

Carnegieplein 2

21

2517 KJ The Hague

The Netherlands

### Fiftieth Defendant

The United Nations High Commissioner for Human Rights, Office of the United

Nations High Commissioner for Human Rights (OHCHR)

Palais des Nations

CH-1211 Geneva 10, Switzerland

### Fifty First Defendant

Interpol, 200, quai Charles de Gaulle

69006 Lyon

France

### Fifty Second Defendant

United Nations Security Counsel , August 2012 Presidency, France  245 East, 47th

Street - 44th floor, New York, New York 10017

### Fifty Third Defendant

## NOTICE OF PERTINENT LAWS

NOTE IN RESPECT OF PERTINENT LAWS: Nelson Mandela said on 12 June 1964at his Rivonia Trial
in Johannesburg South Africa: "I have fought against white domination and I have fought against black
domination. I have challenged the idea of a democratic and free society. It is an ideal for which I hope to

live for, but… if need be, it is an ideal for which I am prepared to die." The Plaintiff has lived through the South African process towards a free society. She knows firsthand that it is true that freedom is not free. She has studied extensively for over two decades societies and peoples who function in freedom to enable her to see what makes for strong and sound societies able to build bridges between the "have's" and "have not's" (helping the needy and working against poverty has been her life goal for over thirty years, gaining impetus and direction through sustainability goals and educating herself as a sustainability manager, acquiring over and above a masters in law also a masters in science and environmental studies). The Plaintiff long ago noticed that there is a simple dividing line between the "have's" and "have not's", and that is true *de facto* individual rights.

The United States of America changed the world towards individual rights when its Constitution broke away from imperial domination and set individuals free to have individual rights and this bold step in turn changed Europe and other parts of the world. This case shows that those freedoms are fast eroding to the extent that in this matter the conduct of government officials were persistently what one would expect from an imperialist dictator regime with no regard for individual or women's rights.

Studies have repeatedly shown that when human beings are oppressed they stop to function optimally, and when they have a real freedom they flourish. The vicious abuse of human and civil rights herein must therefore be taken seriously by especially the international defendants mentioned herein, because if this matter is a barometer of what is actually happening in the United States, then the people of the United States are under threat of suffering gross human rights violations.

 History has shown that obtaining a good Constitution is not enough: government must have the will to implement it and the people must have the courage and ability to defend it.  Zimbabwe is a clear example: an originally "good" (initially Zimbabwe flourished under Mugabe's rule, although for years Mugabe has been of the richest men in the world and his country of the poorest, indicating a fundamental ethical deficiency from the outset) leader turned dictator and appears to have capitulated to powers  (ie China) which were after the rich minerals of that country. In this fashion Mugabe of Zimbabwe allowed the nation to be divided, people fighting and killing one another, culminating in millions dead and displaced and the remaining population are of the poorest in the country. A short twenty years prior the country had of the highest infrastructure, income and education on that continent. The rapid deterioration came through government officials "bending" the rules at the expense of the people. The first attack on the people of Zimbabwe was by President Mugabe disregarding the Constitution and openly trampling on individual freedoms. The judges allowed it. The judiciary instead of protecting the people, protected the whims of the President.

Below is set out how the United States took a leading role after the Second World War to prevent another Hitler ever rising and helped shape the United Nations as an instrument towards peace and stability. The current matter shows how conduct is taking place in the United States in 2012 which deviates completely from the Constitution, the very instrument of peace and prosperity.

 This  matter shows how constitutional provisions are trampled not only by the Defendant government officials in list one, but also by those who were tasked to hold them accountable and even at the highest level the Constitution of the United States of America is being ignored and abused: the effect is an extreme decline in human rights and individual rights and the Plaintiff is a victim of such abuse of individual rights. These abuses followed shortly after the Plaintiff swore an oath to defend the Constitution of the United States of America from enemies without and enemies within.

The Defendants in list one are enemies within and the Plaintiff and over 600 others are victims of their treason to the Constitution of the United States of America. But for the United States government covering up the horrendous ordeal they have put the Plaintiff through, the villains would be exposed and held accountable in terms of the United States Constitution and laws.

23

It was the legal duty of the Defendants listed in list one to implement the law when the Plaintiff reported to them that a psychiatrist whom she begged her husband (who suffers serious mental illness and addictions for over two decades) to see had a fraudulent license, suffered from self confessed mental illness herself (the Plaintiff did not know this at the time), and committed a felony in respect of the Plaintiff's husband, by then the psychiatrists mental health patient. The government officials in list one who work at the 12th judicial circuit worked closely with the psychiatrist for ten years in over 600 mental health cases. Instead of dealing with the conduct of the psychiatrist in terms of applicable laws, they deliberately and with determination violated their oaths of office, putting personal agendas and protecting the psychiatrist ahead of the Constitution of the United States of America and its laws, and in the process deprived the Plaintiff of her most fundamental individual rights guaranteed her by the Constitution of the United States of America, its Bill of Rights and Supremacy Clause. The latter conduct was clearly in retribution for the Plaintiff daring to have exposed their friend's illegal conduct.

Part of the oath to the Constitution of the United States of America by the Defendants in list one, was a sacred promise by these government officials to uphold the Bill of Rights and the Supremacy Clause of the Constitution of the United States of America. That was the only framework within which they were allowed to operate and conduct their duties. The moment they stepped outside the Constitution they swore an oath to they chose to act on their own and accordingly the summons is to them in their personal capacities as they are not entitled to claim immunity.

Even when the Supremacy Clause of the United States of America became invoked in the State Court matters end 2010, the Defendants, including Defendants from this court, ignored the Supremacy Clause and decided to ignore their duty and by their own decision and making produced their own kangaroo style "justice" (an example is Whittemore of this court having been the judge in 8:10CV1763-T-27TGW and without following the rules of court in recusing himself as judge allowed Moody to just "grab" with no notice the matter from him and dismiss the matter summarily.

This "justice" is no justice at all, but has instead been an extreme deprivation of individual rights for the Plaintiff, and over 600 others. As the conduct of government officials such as Ezell and Gilner is criminal, the Statute of Limitations has not run out.

However, by now the Plaintiff knows that the government officials she is dealing with, including the officers of this court who have to decide this matter, are likely to still forget their duty and loyalty is supposed to be to the Constitution of the United States of America, and will therefore likely look for any excuse to deprive the Plaintiff further of her rights, a jury trial in this matter.

The Plaintiff is therefore filling this matter inside the Statute of Limitations for Ezell's condut to have hi-jacked a US court on August 9, 2010 with the intention of depriving the Plaintiff of fundamental individual, including women's rights. The Plaintiff therefore advises the court: it is likely that until a full investigation of government corruption by the Defendants in this matter is complete and until the matters of the over 600 other victims are subject to a due diligence details of which were filed in this court previously, that she is likely to have to amend the pleadings is the matter unfolds and shall accordingly file Motions in respect thereof as it becomes necessary.

And no, nothing this court or anyone else does shall deter the Plaintiff from her quest to have her individual rights restored and her family and the other victims of crime brought to safety. The Plaintiff believe in individual rights. The founding father of the United States constitution did too, as did those, like Nelson Mandela, who brought about the South African 1996 Constitution. The Plaintiff is guaranteed her individual rights by the Constitution of the United States of America and by the Constitution of South Africa. She has every legal right to demand equality, justice and freedom and due process of law, including an unbiased blind platform from which to litigate.

24

As to the harm the Plaintiff has already suffered, the Supremacy Clause makes it clear: her equality and individual rights must first be restored. Case 12/1287 in the United States District Court for the District of Columbia deals with that aspect and even if a full purging of corrupt judges has to take place by the people demanding justices adhering to the Constitution and the law, instead of the corrupt officials in list one, then that must take place. No country, not even the United States, can survive when government officials act outside the law as the government officials in list one has done.

The Plaintiff and her husband prayed daily that God who knows all things, must use them for His service. The motto of the United States of America is "In God we trust". The Constitution of the United States of America is grounded in the roots laid down by the one and only living God: truth, justice and love. The truth is the officials in list one chose other interests above their legal duties to the Constitution of the United States of America. For justice to be restored, this court must allow a trial to proceed so that the unconstitutional conduct by government officials may be considered by a jury.  The Plaintiff followed the teachings of Chirst in forgiveness when she offered the psychiatrist forgiveness (see attachments to 6 August 2010 matter filed in this court), but demanded to know how her husband and family pets, Buddy and Princess were. The Plaintiff offered forgiveness to judicial officials and repeatedly asked that the matters simply be moved to another court (Fabisiak worked closely with official in the 12th Judicial circuit for ten years in over 600 matters) , which could have avoided the extreme deprivation of rights to the Plaintiff. The officials in list one decided to rather deprive the Plaintiff of all her rights and must through this matter suffer the consequences of such violation and be held accountable.

This court has the legal duty under the Constitution of the united State of America to implement the Constitution of the United States of America.

**ESSENCE OF THE MATTER:** INDIVIDUAL RIGHTS VIOLATED BY CRIMINAL CONDUCT OF A PSYCHIATRIST PRACTICING AT THE TIME WITH A FRAUDULENT LICENSE WHILST ON THE PUBLIC RECORD BY HER OWN ADMISSION BEING DISABLED THROUGH MENTAL ILLNESS, AND SIMULTANEOUSLY HAVING COMMITTED A FLORIDA STATUTE 491.0111 AND 491.0112 FELONY IN RESPECT OF HER MENTAL HEALTH PATIENT, THE PLAINTIFF'S HUSBAND, WILLIAM RIETHMILLER.

FLORIDA AND US GOVERNMENT OFFICIAL DEFENDANTS EXACERBATED GOVERNMENT'S FAILURE TO DEAL WITH THE CRIMES OF THE PSYCHIATRIST AND GOVENRMENT OFFICIALS (EVEN WHEN THE LAW PROHIBITS SPECIFICALLY SUCH CONDUCT), ADDED THEIR OWN CRIMINAL CONDUCT TO THAT OF THE ORIGINAL CRIMINAL, FABISIAK TO TOGETHER MAKE THEMSELVES GUILTY OF CONSTITUTIONAL CRIMES AND IN PARTICULAR 18USC241.

THE GOVERNMENT VIOLATIONS COMPLAINED ABOUT HEREIN STRETCH OVER YEARS AND THE TRIAL HEREIN SHALL SHOW THAT ALL SUCH CONDUCT BY GOVERNMENT OFFICIALS TOOK PLACE WITH THE INTENT TO HARM THE VICTIMS OF CRIME AND TO HELP THE CRIMINAL (FABISIAK WAS A CLOSE FRIEND AND CONFIDANTE OF THE GOVERNMENT OFFICIALS FOR OVER TEN YEARS) TO ESCAPE PROSECUTION. BECAUSE THE PLAINTIFF IS THE PERSON WHO EXPOSED THE CRIMINAL CONDUCT FLORIDA AND US GOVERNMENT OFFICIALS COLLABORATED WITH THE PSYCHIATRIST TO IN AN ORCHASTRATED FASHION WHICH IS CLEAR FROM THE RECORD OF THE RELAVANT CASES, CONSPIRED TO DEPRIVE THE PLAINTIFF OF FUNDMAMENTAL INDIVIDUAL RIGHTS, PRESUMABLY TO DISCOURAGE HER AND TO IN  RETRIBUTORY FASHION SCARE

HER AWAY. SUCH CONDUCT IS A CONSTITUTIONAL CRIME IN TERMS OF 18USC241 AND OTHER LAWS. SUCH HARM MUST BE ACKNOWLEDGED AND BE CORRECTED HEREIN.

In the United States of America, as in South Africa, the people of the country ("We the people" – see preamble of each of the mentioned Constitutions) agreed to give certain powers to government and government officials, provided that such governmental structures and persons act inside the Constitutional and legal parameters of the laws of the country. When they exceed their mandates with the intent to harm they become personally responsible to victims: the essence of this claim. United States District Court for the District of Columbia case 12/1287 deals with the implementation of the Supremacy Clause into the circumstance, but does not deal with correcting the harm. A case filed simultaneously herewith deals in part with stopping some of the government officials from causing further harm, but also does not deal with thet claims which have arisen in favor of the Plaintiff against the officials in their personal capacities. This is mentioned to avoid this court coming to the conclusion that the present matter is already dealt with by itself or another court. In respect of the first two defendants, summons was issued against them in what is now US Supreme Court case SC-11-5659, but that case in this court case number 8:10CV1763-T-27TGW only dealt with their conduct up to and including August 6, 2010, the date of issue of summons, whereas the current case specifically deals with the conduct of such government officials after that date.

Human rights in the United States are legally protected by the Constitution of the United States and amendments ( Lauren, Paul Gordon (2007). "A Human Rights Lens on U.S. History: Human Rights at Home and Human Rights Abroad". In Soohoo, Cynthia; Albisa, Catherine; Davis, Martha F.. *Bringing Human Rights Home: Portraits of the Movement*. III. Praeger Publishers. p. 4. ISBN 0-275-98824-4 and Brennan, William, J., ed. Schwartz, Bernard, The Burger Court: counter-revolution or confirmation?, Oxford University Press US, 1998,ISBN 0-19-512259-3, page 10 ) conferred by treaty, and enacted legislatively through Congress, state legislatures, and plebiscites (state referenda). Federal courts in the United States have jurisdiction over international human rights laws as a federal question, arising under international law, which is part of the law of the United States.
In the 20th century, the United States took a leading role in the creation of the United Nations and in the drafting of the Universal Declaration of Human Rights. ( Ignatieff, Michael (2005). "Introduction: American Exceptionalism and Human Rights". *American Exceptionalism and Human Rights*. Princeton University Press.ISBN 0-691-11648-2. )Much of the Universal Declaration of Human Rights was modeled in part on the U.S. Bill of Rights (National Coordinating Committee for UDHR (1998). "Drafting and Adoption: The Universal Declaration of Human Rights". Franklin and Eleanor Roosevelt Institute. Retrieved 02-07-2008. ).

The United States of America Constitution and Laws are not respecters of persons: no one is above the law. The trial by jury of this matter will show how the First list of Defendants put themselves above the law.

The Plaintiff is fully entitled to avail herself to the Bill of Rights of the United States of America and other rights conferred by law, in particualr as summarized in the Supremacy Clause of the United States of America, to applying to her. The Plaintiff is fully entitled to hold those who put

themselves above the law with the intent to harm herself and other victims of crime, accountable in this forum.

The trial of this matter will show how the First group of Defendants acted deliberately outside their oaths of office and laws applicable to them to protect the criminal conduct of a psychiatrist who acted criminally in respect of the Plaintiff's husband and how even when it was proven the psychiatrist had a fraudulent license when her expert evidence was relied on to decide the lot of over 600 Floridians, the government officials ignored the plight of the 600 Floridians and increased their harm to the Plaintiff for daring to be the whistleblower in respect of the criminal conduct of the psychiatrist.

Even when the Plaintiff could prove the conduct of the First Defendant, Ezell, is criminal, namely that without authority and acting deliberately outside the law he hi-jacked a US court (12th Judicial Circuit on 14 July 2010 and 9 August 2010 under case number 41-2009-DR-10430 – an investigation of the case, which forms part of the public record shows clearly how Ezell's conduct violated the law) with the intent to harm the Plaintiff and deprive her of fundamental human rights, those who should have held Ezell accountable and come to the protection of the Plaintiff and other victims, failed to do so, making themselves one with Ezell's criminal conduct.

Ezell was not the first to deliberately violate the Judicial Code with the intent to avoid the procedural and legal duties of the court and instead create a rogue kangaroo style court for retribution against the Plaintiff because she dared hold the long term friend of judicial officers, the psychiatrist who violated her mental health patient, the husband of the Plaintiff, liable. Gilner in 41-2009-DR-10429 on 21 October 2009 deliberately acted outside the Judicial code when his close relationship with the psychiatrist and the Plaintiff's husband precluded him from presiding, but where he seized the opportunity to deviate completely from applicable law, deprive the Plaintiff of legitimate income from a marital asset and interim support and deliberately abused his power to cast aspersions on the Plaintiff's character with legal effects to this day. Although Gilner was disqualified in less than a month, he deviously was the judge in 10430, taking elaborate steps that the Plaintiff would not know he is actually the judge in the matter, using Dubensky to hide his presence and deliberately create the false appearance that Dubensky and not Gilner was the judge. A link of mischief and illegal conduct runs from Gilner through Dubensky and Ezell to Moreland and Smith and the trial of this matter will show how such officials deliberately used their office to violate the law and create exactly the opposite of what the Constitutions and laws of the State of Florida and the United States demand. The structures which should have put a stop to such conduct had government officials who perpetuated the harm deliberately with no regard whatsoever for the individual rights of the Plaintiff and she may as well have been in a third world country with no laws and a dictator.

The entire matter arose because first the State of Florida and then the United States refused to exercise their respective criminal jurisdictions. This first at State level was the case in respect of the crimes of the psychiatrist, Fabisiak. Then when government officials at State level failed to exercise their criminal jurisdiction and deliberately protected  and in addition used their official governmental offices to harm the Plaintiff intentionally,  Constitutional crimes in terms of 18USC241  other provisions occurred. For that reason the Defendants in this matter are both State and Federal government officials.

The public expects and deserves a transparent government. The government official defendants from list one did all they could to keep this matter away from an open and public trial to avoid that the people see how these officials paid by public funds violated their oaths to the State of Florida and or the United States of America and applicable laws to bring about the present result and how such government officials misused the malfunctioning Florida and US system to hide their conduct. An open and public jury trial must disseminate the conduct and the result of this case must be a deterrent for future government officials who put themselves above the law and violate individual rights specifically and deliberately protected by the People through their Constitution.

## COMPLAINT TO A SUMMONS IN A CIVIL ACTION

## AND JURY DEMAND

1. Plaintiff resides at 1207 43rd St W, Bradenton, Florida USA and at the Swinburne Sustainability Center, Kiesbeen Road, Swinburne, 3395, South Africa. The Plaintiff is a dual citizen of South Africa and of the United States of America.

2. This court has jurisdiction founded on the existence of a Federal question. The action arises under [the Constitution of the United States, Article 18, Section 241; the 14th Amendment to the Constitution of the United States in particular and all the laws made supreme laws by virtue of the Supremacy Clause of the United States of America (ie, includes all the treaties andconventions and international laws protecting individual, civil and human rights; (28 U.S.C 1343) and in respect of a jurisdictional amount. All human and civil and individual rights treaties and international laws which bind the United States of America apply,

28

The Defendants in the first list violated 18USC241 in respect of the Plaintiff in that in one or more respects. Section 18USC241 reads as follows: If two or more
persons conspire to injure, oppress, threaten, or
intimidate any person in any State, Territory, Commonwealth,
Possession, or District in the free exercise or enjoyment of any
right or privilege secured to him by the Constitution or laws of
the United States, or because of his having so exercised the same;
or
If two or more persons go in disguise on the highway, or on the
premises of another, with intent to prevent or hinder his free
exercise or enjoyment of any right or privilege so secured -
They shall be fined under this title or imprisoned not more than
ten years, or both; and if death results from the acts committed in
violation of this section or if such acts include kidnapping or an
attempt to kidnap, aggravated sexual abuse or an attempt to commit
aggravated sexual abuse, or an attempt to kill, they shall be fined
under this title or imprisoned for any term of years or for life,
or both, or may be sentenced to death.

3. The Constitution and laws of the United States secured to the Plaintiff that

by virtue of her marriage to William Riethmiller, that she would be fully

entitled as his wife to raise the alarm when his psychiatrist, Fabisiak, a

person whom the Plaintiff had asked her husband to see when he was most

vulnerable from long suffered mental illness and addictions, violated Florida

Statute 491.0111 and 491.0112 in respect of him. Such raising of the alarm

allowed a Baker Act. Because the psychiatrist had worked closely with the

local court(12th Judicial circuit, Manatee County, Florida), the Plaintiff

asked in the Baker Act that her husband be examined outside the area of

control of the psychiatrist. This did not happen. Despite details of his

addictions and serious mental illness and that he was abducted by his

psychiatrist, the examining officer for the State of Florida, one Jeremy saw William briefly, tested him for various addictions, but not alcohol or methadone (William was on mind altering medication his psychiatrist prescribed when the psychiatrist moved him into her home) and literally "handed" him back to the psychiatrist whose conduct Jeremy was made aware is a felony in terms of Florida law, making Jeremy's conduct of allowing William Riethmiller back into a situation of abuse a Federal offense. At the time the psychiatrist first violated William Riethmiller he had a safe drivers record. Since the psychiatrist moved him into her home he has had four moving violations the last when he was driving 98 miles an hour in a 50 mile an hour zone, a clear danger to himself and others. Already end 2009 the Plaintiff alerted authorities that from a letter by an insurance company it was clear that William Riethmiller may suffer further harm to his kidneys. Because the psychiatrist had taken control of his body and mind (the reason for Florida Statute 491.0112, ie, that consent by the mental health patient is no defense for the criminal conduct of the psychiatrist, is the transference phenomenon, whereby the methods psychiatrists use to help a patient heal, if abused means such patient can never independently make a decision in respect of that "person of trust". A psychiatrist abusing her mental health patient as in this case is therefore always regarded as

endangering the mind of the patient. In this case Fabisiak had also prescribed

medication to William Riethmiller who has a very long history of addiction.

This may have added to him also suffering from Stockholm's syndrome, a

mental condition in terms of which victims of abuse will do whatever their

abusers tell them. William Riethmiller displayed extreme changes in

character. From being besotted with family pets, Buddy and Princess, he

allowed the psychiatrist to get rid of the pets. The psychiatrist also used this

as an additional tool to harm the Plaintiff who had purchased the pets and

who had raised the pets together with her husband and children. Under the

influence of the psychiatrist William Riethmiller further from being a devout

Christian praying with his wife, lied about his whereabouts, the pets and

later when the matter was in court committed provable purgery (lying under

oaths – a criminal offense). In South Africa where the Plaintiff is originally

from such illegal conduct in respect of a mental health patient would not be

tolerated and the authorities would have as a first concern the well being of

the mental health patient and would ensure his safety by having him

examined by a panel of psychiatrist under observation of usually sixty days

or more. Where in this case William was very vulnerable at the time of

moving home, and where in the past he had also displayed such vulnerable

conduct, on simple investigation any law enforcement could prove

31

conclusively that not only did the psychiatrist commit a felony in respect of her mental health patient, but that the patient was extremely vulnerable at the time that the psychiatrist took advantage of her mental health patient. By the time Smith made an order May 24, 2012, on the court record it appeared William Riethmiller no longer had a drivers license, was unable to read even one page, and by his own under oath admission now suffers severe heart problems, over and above kidney problems reported by the insurance company. The Plaintiff has accordingly at all times been reasonable in being extremely concerned for her husband and the evidence is clear: William Riethmiller is being harmed severely by the illegal criminal conduct of his psychiatrist.

4. All the laws relating to the above situation are clear and were summarized in a letter to the chief legal officer of the Florida Department of Health. If the laws of the State of Florida and the United States of America were applied to the situation, there would have been no problem and this matter would not be before this court. Within twenty four hours of finding out about Fabisiak's illegal conduct in respect of her mental health patient, the Plaintiff reported it to the local police, sheriff and the Florida Department of Health. The psychiatrists conduct is a boundary violation in terms of Florida law which demanded by law emergency procedures, bringing the mental

health patient to safety and prosecuting the offender. Immediately after reporting the matter to the Florida Department of Health an official advised the Plaintiff that the psychiatrist is not a psychiatrist as her license to practice medicine fraudulently claimed. The significance of this is that in terms of Florida law a psychiatrist may never have sexual relations with a patient and such conduct is always a felony. However, other doctors can break off the patient doctor relationship and then have a sexual relationship with the patient. Because of the allegation the Department of Health official made, the Plaintiff in her written complaint to the Florida Department of Health wrote that the official claimed Fabisiak is not a psychiatrist and reported the felony in respect of her husband but also wrote that if she is not a psychiatrist, that she should then be held accountable for giving herself out as such. The Plaintiff did not know it till end 2011, but Fabisiak had fraudulently alleged on her official Florida license that she is American Board of Psychiatry and Neurology certified, when this was a fraudulent allegation. This was not the only illegal conduct by Fabisiak. A psychiatrist is not allowed to practice medicine if they themselves are mentally ill. Early 2010 a good friend of Fabisiak, Cox, told the Plaintiff, that Fabisiak was not an honest person and that in Fabisiak's book the Thorn Hearts, she had lied about the circumstances surrounding the death of her then boyfriend, Dr

Gerald Whitt of Bradenton. Whitt had cancer and was in recovery with Fabisiak taking care of him when he died of unnatural causes in the Manatee River and Fabisiak appears to have been the last person to have seen him alive. In the book Fabisiak wrote how Whitt had asked her to marry him (Fabisiak has never been married) and that they had a happy morning together before he then died, whereas Cox told the Plaintiff that Fabisiak had told him that Fabisiak and Whitt had a huge fight the day that Whitt died of unnatural causes. Cox also told the Plaintiff that Fabisiak was often suicidal and she would then come to him for help (Cox and the Plaintiff were at the time both members of the Gideons as well as volunteer Chaplains at Blake Medical Center). The Plaintiff found this shocking information that made her even more concerned for her husband whom she knew first hand is a most vulnerable person, because not only had he fallen victim to serious psychiatric crime, but the perpetrator herself was a deviant who may also have been involved in murdering her previous boyfriend. So as to cause as little harm as possible to all concerned, the Plaintiff put what Cox had told her (partially as the Plaintiff had hoped reason would prevail and she could ensure her husband's safety without the matter becoming public) on the record in case 41-2010-CA-1635, but did not serve the summons on Fabisiak, but instead because Cox appeared to be a Christian followed the

34

Biblical recommendation that Christians call in an elder to help resolve issues. The Plaintiff had two main concerns. The one was whether her husband was fine or not, and the other was to know the whereabouts of her beloved "babies", Buddy and Princess, pets she and her children had raised together with her husband since they were puppies. Gilner, a self acknowledged friend of Fabisiak's and a client of William Riethmiller in marital asset Fresh Start Law Group LLC, a debt relief lawfirm which the Plaintiff had helped William start, had a legal duty to have recused himself when he heard the Plaintiff's complaint October 21, 2009 under case number 41-2009-DR-10742. The Plaintiff had just found out about Fabisiak and wrote William and Fabisiak two letters dated 6 and 8 October 2009, asking what was going on that William lied about his whereabouts and is found to be living with his psychiatrist, criminal conduct in the State of Florida. In response William, no doubt under the influence of Fabisiak, responded by e-mail saying that unless the Plaintiff stop asking questions the Plaintiff's children will grow up without her, a clear threat. When at court filling the complaint the sheriff also served on the Plaintiff case 41-2009-DR-10430 wherein William, no doubt also under the influence of Fabisiak, alleged the Plaintiff hit him on his shoulder. What did happen is the day the Plaintiff found out about William having been abducted by Fabisiak and that they got

35

rid of beloved Buddy and Princess, refusing to tell the Plaintiff the whereabouts of the pets, the Plaintiff had arrived at the church where till then William and her attended Bible study and prayers and Sunday services weekly, and had called out pastor Chuck Kennedy from the church to be with her when William arrived. Kennedy was accordingly standing right next to her when William confirmed he is living with Fabisiak and that they got rid of Buddy and Princess and when William refused to tell the Plaintiff where Buddy and Princess were, despite the Plaintiff begging him for the details. The Plaintiff grabbed at William past Kennedy, but Kennedy held her back and after that she left to start facing the nightmare which still continues to this day. Gilner, the judge on October 21, 2009, was referred to William Riethmiller when he was her mental health patient, by Fabisiak. According to William Gilner had fallen into financial difficulties because he had over extended himself with the purchase of a Rolls Royce motor vehicle. At the time about March and April 2009, Gilner had spoken to the Plaintiff on the phone more than once when looking for her husband. However, after all the severe trauma, by 21 October 2009 and on the day minutes before her going into court having been served with divorce papers, the Plaintiff had forgotten that the judge her husband had signed up in the marital asset debt relief law firm, was Gilner. Gilner did not follow the Judicial Code, but also

did not follow the law and openly refused to exercise the criminal jurisdiction in respect of Fabisiak, as the court record of the matter which at the trial hereof will clearly show. Only afterwards when the Plaintiff came upon a note she had made at the time Gilner had phoned to speak to her husband, did Gilner's strange conduct and ruling make sense: Gilner was Fabisiak's long term friend, had become William Riethmillers client in Fresh Start Law Group LLC and was creating an instant "divorce", so that Fabisiak could abuse her mental health patient without being held accountable for her felony. Fabisiak also wanted access to William Riethmiller's legal skills and a string of cases are on the record where she used William Riethmiller to defend her against numerous creditors.

5. The problem the Plaintiff had then and still had was becoming clear: the United States is only in name interested in applying the law and protecting its citizens. On the ground in reality it is an imperialist abusive state which has no interest in the well being of its citizens. The Plaintiff says this because even though Gilner was disqualified in less than a month, from him having deprived her of her most fundamental rights of due process, justice and equality, despite her every effort, she still remains deprived of those fundamental rights. Instead of other government officials being deeply shocked by Gilner's abuse of power, they joined in. On July 14, 2010 Ezell

hi-jacked a US court with the intent to harm the Plaintiff. The record shows clearly how Ezell was never assigned in terms of the rules of court and that he was about to hold court proceedings which the rules prohibit him to hear. If Ezell proceeded he would be depriving her beyond what Gilner had done from her fundamental human and civil rights and this court was repeatedly through a number of motions warned of the imminent danger, but deliberately refused to separate the issues: namely that Ezell's threatened conduct had nothing to do with marital issues, but with the Constitutional deprivation of rights. This court failed to protect her and on July 14, 2010 Ezell arrogantly deprived her of fundamental rights protected by the Supremacy Clause of the United States of America. As with Gilner Ezell deprived the Plaintiff of any income, knowing the Plaintiff had sold her assets to help her husband (who had signed for the sale of the assets, so who knew full well she was penniless, having helped him also to start marital asset Fresh Start Law Group LLC – the IRS record shows clearly how for ten years before the marriage William Riethmiller had an income reflecting his mental illness, namely around $10 000 a year, whereas after helping him in business he now earns more than that a month) and was penniless and stranded in a strange country.  Gilner and Ezell between them therefore deliberately used their official status and government facilities to

deliberately falsely bring about a legal consequence stripping the Plaintiff of fundamental rights protected by the Bill of Rights, freedom to go where she could work, freedom of religion, (see other fillings re Gilner's order), due process, income, etc. The 12 th Judicial Circuit court had therefore become a tool of torture in the hands of Fabisiak's friends, people with whom she worked narrowly in more than 600 mental health cases as psychiatric expert in over ten years.

6. The Plaintiff came across the over 600 case numbers when she was preparing Motions end June 2010, in her attempt to stop Ezell from hi-jacking a US court. The cases proved conclusively that Fabisiak had such strong and narrow ties with the judicial officers at the 12th Judicial Circuit for an extended period, that it was impossible for such officials to be unbiased and independent, their duty as judicial officers and explaining the very strange conduct of Gilner. At the time the Plaintiff did not even know that Gilner was continuing his mischief in case 41-2009-DR-10430 and that he was actually the judge in the case, but as he was disqualified in 10429, did not want the Plaintiff to know this and therefore never went on the record, but used Dubensky to sign as circuit judge, when he was not. This deceit went on till after Ezell hi-jacked the court first on July 14, 2010 and then on August 9, 2010.  Eventhough the Plaintiff had filed objections to

Ezell's orders of July 2010, and the rules provided such Exceptions needed to be heard first, Ezell by his own admission on the record with no discovery having taken place and no pretrial procedures having been followed, was ready to proceed with a final divorce on August 9, 2010. The reason for Gilner and Ezell's illegal conduct is clear: they knew well they were helping their long standing friend Fabisiak escape prosecution for her felony in respect of her mental health patient William Riethmiller. They had enough dealings with William by then to know that his mental illness and addictions are real and that he is a vulnerable person and that is he is ever examined by an independent panel of psychiatrists, Fabisiak' s crime will be seen for what it is: extreme abuse of a mental health patient and a very serious psychiatric crime.

7. The position of a Clerk of the Court is a constitutional position and Chip Shore, the clerk of the court for the 12th Judicial Circuit was provided full details of the over 600 cases in which Fabisiak was an expert in the court, showing conclusively her narrow dealing with the court and was served with motion after motion asking that the venue be changed to a place where the Plaintiff could have access to the legal system as guaranteed her by the Constitutions of the State of Florida and the United States of America. Shore reverted that he did not keep records of the over 600 cases, a serious offense

by the clerk of the court. Even when in 2011 it a letter from the American

Board of Psychiatry and Neurology was provided to Shore, stating clearly

that Fabisiak's then allegation on her official Florida license that she was

American Board of Psychiatry and Neurology certified was fraudulent.

Shore had a legal duty in respect of the over 600 mental health cases.

Fabisiak practiced with a fraudulent license when seeing such patients and

further provided expert evidence the court relied on at a time she clearly

lacked the integrity and credibility to be relied on.

8. The Plaintiff had further made Shore aware of a witness, Thomson, who

   advised her that Fabisiak was also an accountant. According to the witness

   he was personally involved with an old lady with substantial assets who was

   according to him deliberately falsely declared incompetent to deal with her

   own affairs by Fabisiak who by the order of someone in court then had the

   old lady's assets held by an accounting firm in which Fabisiak has an

   interest. According to Thomson it took years to have the decision reversed

   by which time most of the lady's assets was gone, but she was so

   traumatized she would not lay charges against Fabisiak and those in the

   court who worked with Fabisiak.

9. The reason the judicial officials who are friends with Fabisiak therefore

   wanted to change Gilner's constructive divorce of 21 October 21, 2009,

which Fabisiak in an affidavit dated 3 November 2011 acknowledged was actually an order by Gilner at her request (and she was not a party to the matter), to a real divorce, is that the Plaintiff, whilst being William Riethmiller's wife has legal standing to ask questions. If Fabisiak have therefore for years been a "tame" psychiatrist, whom the powers that be in Manatee county, an area with many, many wealthy old retiree's can use to abuse the elderly and have their money go to an accounting firm where they together with Fabisiak can have access to such funds, then it could be large scale fraud and the Plaintiff's questions relating to her husband were uncomfortable and the officials decided they must stop this.

10. The last paragraph is of particular importance because Thomson told the Plaintiff that Fabisiak and those working with her specifically targeted elderly people who did not have relatives, the reason he and a Bradenton attorney were helping the old lady he knew about first hand. Shore has been the Clerk of the Court for 37 years. It is a well recorded statistic that the reason elected officials should not serve terms for more than 8 years is that they become to familiar and corruption grow exponentially after that time. Obviously the Plaintiff does not know if Shore is involved with any fraud. What the Plaintiff does know with certainty is that Shore wrote he does not keep records for the over 600 vulnerable people from Bradenton in whose

cases Fabisiak was the expert, nor did he care when Fabisiak was practicing with a fraudulent license and her expert evidence was relied on to determine their ability to conduct their own business and other serious life changing decisions, ie, if a person is criminally liable or not.

11. After Ezell as served summons in court on August 9, 2010, he acknowledged the real reason behind his illegal conduct was that Gilner was actually the judge in the matter all along. See attached orders of August 10, 2010 where Gilner is "removed" from the case and Ezell disqualified himself.

12. Between Gilner and Ezell they satisfied the requirement of 18USC241 in respect of the Constitutional crime to have deprived the Plaintiff of Constitutional rights and any honest court would immediately have had a duty in terms of the Supremacy Clause of the United States of America to bring her back to equality and safety and to restore her fundamental rights and deal with Ezell and Gilner in terms of the law.

13. Instead a long history of extreme abuse of power and persecution followed which endures to this day. Below is given the details of each of the Defendants in a brief summary as to their conduct making them liable under 18USC241, or explaining the relevance of why they are Defendants in the matter.

14. This court has a duty to implement the provisions of 18USC241 and other relevant and related provisions to the circumstance. For that a jury trial is necessary. At the end of the brief description of each Defendant is the prayer relating hereto in terms of 18USC241 and the Supremacy Clause of the United States of America.

15. In respect of Ezell and Gilner, the court is referred to the previous paragraphs, but it is added that Gilner did not stop his harm. The court is specifically referred to an order by Dubensky dated 7 November 2011. The Plaintiff uncovered about September 2011 that Fabisiak was practicing with a fraudulent license. This forced Fabisiak to take the allegation that she is American Board of Psychiatry and Neurology certified from her official Florida license, about mid October 2011. In retribution she made false allegations to deliberately harm the Plaintiff. She first made such allegations in response to a notice in case 41-2011-CA- 6495 in respect of a notice where the Plaintiff was trying to obtain an extension of time for the Statute of Limitations. The Plaintiff's husband has a long history of mental illness and addictions. The academic literature is clear: all known patients of psychiatric abuse suffer long term harm. Some of the signs of harm to William Riethmiller were mentioned above. The Plaintiff would have a legal responsibility of care for her husband. According to Cox Fabisiak is

unstable enough that it is unpredictable what she may do next. The Plaintiff

knows first hand that Fabisiak has no qualms to lie under oath. The Plaintiff

had delivered the letters peacefully and Fabisiak deliberately lied to cause

the Plaintiff harm. The Plaintiff met Fabisiak in the presence of Moreland

the judge at an Anna Maria Island Chamber of Commerce event early 2009

after which she asked her husband to see Fabisiak. Fabisiak influenced

Gilner to the extent that Fabisiak acknowledged under oath that Gilner's

order in 10429 October 21, 2009 was actually for her, a non party.  After

Ezell's attempt at an illegal divorce August 9, 2010,  Dubensky tried

September 13, 2010, but William Riethmiller failed to appear in court. After

that Dunnigan tried for about a year and concluded her efforts in issuing an

order of September 13, 2011 in which she tried to get rid of Ezell's conduct

as if it never existed, yet still failing to adhere to her Constitutional oath and

despite the abuse not changing the venue. From end 2010 the Supremacy

Clause was invoked in all matters, which means that all judicial officers

have a duty to first deal with the violations of Gilner and Ezell and restore

the Plaintiff's rights before continuing. When Smith threatened a final

divorce from February 2012 the Plaintiff pointed out to him in affidavits that

no discovery of marital asset Fresh Start Law Group LLC ever took place

despite filing the necessary notices and motions in 2010 and that  no pretrial

procedures took place either and as William is an attorney and she is not and Gilner and Ezell deprived her of any income or assistance with costs, she is at a grave disadvantage. Further at that time the Plaintiff illness which later turned out to be a less serious condition, but which at the time was feared to be possible terminal cancer, which, if it was, would have gotten that far as a direct result of Gilner and Ezell depriving her of any income. At the time Smith handed down the order on May 24, 2012 for granting a final divorce and changing without her input whatsoever the Plaintiff's name the matter, 41-2009-DR-10430 was on appeal at the Second District Court of Appeal as well as at the Florida Supreme Court and therefore Smith had no jurisdiction and his order is void from the outset. However, shortly after, when drawing a copy of the docket, the judge on the matter appears as that of Gilner. It appears Smith was never the judge in the matter either, and this court must note, the rules as to appointment of judges and removal of judges from a matter is clear, in the matter 41-2009-Dr-10430 even though Gilner was the Judge in the matter from inception end 2009 to 10 August 2010 (without the Plaintiff ever being made aware of the fact until he was "removed"), Dubensky, Maulucci, Ezell, Dunnigan, Brownell, Moreland and Smith came and went as they pleased, contravening not only the Constitution but other laws and rules, all with the intent to harm the Plaintiff and depriving her of

fundamental rights. Gilner however now again being on the matter indicates Gilner has no respect for the Constitution or the laws of the State of Florida or of the United States of America. We already know that his friend Fabisiak also had no respect for the law. In Ezell's case he said blatantly he did not mind abusing the Plaintiff's fundamental human rights and he did not care whether she goes to the United Nations or the Hague. He quoted his leader "Obama" and agreed with Obama that the United States is not a Christian country (see the record for July 14, 2010). This statement was made specifically mocking the Plaintiff for being a Christian and deeply violating her religious freedom. (the other consequences of Ezell's order declaring the United States not a Christian country are dealt with on other matters – the relevance here is the Plaintiff's abuse of her right to freedom of religion by both Gilner and Ezell).

16. Dubensky: knew he was not he circuit judge and fraudulently acted like that. Knew the Plaintiff timeously opposed the appointment of Maulucci, yet forced her to have a hearing before Maulucci. Ezell was never assigned by anyone and without authority at all hi-jacked a US court to harm the Plaintiff. In the order of 10 August 2010 Dubensky became actually 'appointed', knowingly when the matter was not ripe for trial wanted to grant a final divorce on September 13, 2010. Knowing full well the Plaintiff

filed timeously to take exception to Ezell's orders, filed an order that it was

not timeously filed, but when the Plaintiff appealed filed an order vacating

his order that the filing was not timeous, even though by then the Second

District Court of Appeal had jurisdiction and Dubensky should have first

sought permission from that court to issue his order, and failed to do so. It

appears Dubensky had some remorse because he dismissed Fabisiak's

application on 7 November 2011 which Fabisiak brought in retaliation for

the Plaintiff having uncovered her license fraud. If Dubensky had true

remorse he should have filed charges against the criminal conduct of

Fabisiak, Ezell and Gilner, all of which he had firsthand knowledge of.

17. On September 13, 2011 Dunnigan vacated Dubensky's order of March 2010

that the Plaintiff's objection to the appointment of a magistrate, Maulucci

was out of time, with that trying to "wipe away" the harm of Maulucci and

Ezell. Maulucci must have known she was presiding illegally, because she

just disappeared off the record after one appearance May 2010, not serving

any notices in terms of the law and rules, opening the door for Ezell's abuse

and not filing charges as the Judicial code of Conduct expected from her. It

is of the greatest significance that people such as Maulucci who clearly saw

the injustice should have had the support of higher courts and authorities,

and it makes clear evidence that the system is so broken by corrupt people

that even those who may want to come clean cannot do it for fear of reprisal because those who should support them in doing right are themselves so corrupt that it is impossible to stand up against the lawlessness.

18. When filing the exceptions to Ezell end July 2010 the Plaintiff needed to file a copy on the circuit judge which the Plaintiff understood was Dubensky, but because he did not assign Ezell, who had assigned himself, she asked who the circuit judge was and to her surprise she was told Gilner. This made her file in court a notice requesting in writing who the circuit judge was, writing by hand on the top of the notice – what Kangaroo court is this that say Gilner is the judge when he was disqualified more than six months before? The judge who deliberately fraudulently answered in writing August 3, 2010 that she was the circuit judge, was Dunningan. For a long time Dunningan caused harm and trauma and even when she was disqualified in terms of the rules, she just carried on. Ezell was obviously having a great deal of hardship for having hi-jacked the court and it appears Dunnigan wanted to give him a way out and therefore issued her order of September 13, 2011 wherein she voided Dubensky's order assigning Maullucci, and indicating no magistrate was ever allowed, and therefore not Ezell either. The fact that Ezell hi-jacked a US court and deprived the Plaintiff of her most fundamental rights and an income was ignored by

Dunnigan. However, she supported the harm to the Plaintiff because she also filed an order denying changing of venue so that the matter could be heard by unbiased judicial officers. Through her second order Dunningan under the circumstance specifically deprived the Plaintiff her rights under the Constitution and in particular under the Bill of Rights and the Supremacy Clause to the Constitution. The legally correct way would have been for Dunnigan to first restore the rights of the Plaintiff and obviously report the criminal conduct of Ezell and others. After that Dunnigan disappeared off the scene with no notice.

19. On August 10, 2010 Brownell ordered Gilner be removed and Dubensky appointed. He knew the harm and should have laid criminal charges against Gilner, Ezell and instead perpetuated the harm.

20. Moreland the judge was introduced to the Plaintiff as Fabisiak's long term friend and her oath to the Constitutions of the State of Florida and the United States demanded she recuse herself. Instead when Dunningan was disqualified in 41-2010-CA-8155 and 1635 end 2010, Moreland without notice of appointment or otherwise opened closed matters and ex parte allowed Fabisiak's attorney a half an hour hearing, only to order the matters closed again: ie beating a dead horse dead? The conduct did however deprive the Plaintiff of fundamental rights and ended up in about 8 matters

in the Florida Supreme Court, some of which are still current. Because the higher courts did all they can to help the abuse of people like Moreland along instead of implementing the law and rooting out of the system corrupt people, Moreland increased her abuse and whilst 41-2011-CA-6495 was on appeal and she had no jurisdiction again heard Fabisiak's attorney ex parte on 3 January 2012, this time deliberately issuing an order of great harm and abuse to the Plaintiff in favor of Fabisiak with the single intent to deprive the Plaintiff of fundmental rights. Fabisiak's allegations were dismissed by Dubensky on 7 November 2011. It is impossible to know what Moreland based her order on, because Moreland who had control of the recording system turned the system off when Fabisiak gave 'evidence'. Moreland was obviously due to her friendship with Fabisiak disqualified by Judicial Cannon to preside at all, but she like the others put her friendship with Fabisiak above her oath to the Constitutions of the State of Florida and the United States of America and deliberately issued an illegal void order with the sole intent to deprive the Plaintiff of fundamental rights and to cause her harm.

21. Smith 's conduct was described in the paragraph about Gilner, which is repeated herein. Smith knew the 12th Judicial Circuit Court for Manatee County had no jurisdiction and that no discovery of the only asset in

question, marital asset, Fresh Start Law Group LLC, had taken place.

Further Smith had the entire file before him with the many warnings even

quoting medical experts of the harm to mental health patients who suffer

psychiatric abuse at the hands of their psychiatrists (it turned out Fabisiak

was a psychiatrist and she finally replaced her fraudulent allegations of

being American Board of Psychiatry and Neurology certified with what

appears to be actual qualifications end November 2011 – ie, she is criminally

liable as a psychiatrist for her felony in respect of her mental health patient,

William Riethmiller and his consent is no defense). William Riethmiller,

according to the recording of proceedings of May 24, 2012 was unable to

read a page to the court, no longer had a drivers license and Ron Anno had

to identify him, and on clear evidence he purged himself in a number of

respects lying to the court. William had namely signed himself for the sale

of the Plaintiff's assets in South Africa and knew he had the benefit of such

assets and openly lied that the Plaintiff would have a substantial sum of

money in South Africa, which she most definitely does not. Smith therefore

deprived the Plaintiff of her women's rights to have due process. Most

heinous is Smith depriving the Plaintiff even of her name: an extreme

violation of the Plaintiff's human and women's rights. Without the

Plaintiff's input or consent Smith changed her name! Smith had a single

intent to have no regard for William Riethmiller as a person he knew is a victim of psychiatric abuse and specifically to remove the legal rights of the Plaintiff for asking questions why the long term friend of the court, Fabisiak, has her mental health patient in her home and use him for numerous matters in the same court to defend her against creditors and that whilst in the same court Fabisiak is on record for being disabled through mental illness. Smith's conduct is on par with Ezell and Gilner and he must be arrested for having hi-jacked a US court (the jurisdiction in the matter was with the Florida Supreme court at the time and he was never appointed or assigned to the matter by anyone), with the specific and single intent to harm the Plaintiff. This he did: he deprived her of her legitimate right to marital asset Fresh Start Law Group LLC. He removed illegally from her her marital rights and even her name. He is a traitor to the Constitution of the State of Florida and the United States of America and must be found as such by this court.

22. Haworth was the Chief Justice for the court and was rumoured to be a good friend of Fabisiak and that following a function they all attended together William was told to write him. William did not write the truth and that is part of the transference phenomenon, that the victim will slant things in a manner the abuser wants (read previous filings setting out details by medical

experts of how a psychiatrist controls their victims and convinces them their previous relationships are not important or that such people were "bad", so that they, the perpetrators, can take control of the victim). Point by point at the time, the Plaintiff refuted the allegations by William to Haworth, but also pointed out to Haworth, that where she comes from in South Africa a litigant would not be able to litigate through influence and letters to the chief justice. Shortly after Haworth then sent a letter that he cannot receive correspondence. When Ezell threatened to hi-jack the US court on July 14, 2010 and August 9, 2010, the Plaintiff wrote Haworth and that letter is quoted in full in the 6 August 2010 summons to this court. Haworth knew Ezell was about to act illegally and just let him. As Ezell was never assigned the matter by a judge as the rules demand and Haworth was aware of this, it was his legal duty to stop the harm and violation of the Plaintiff's most fundamental Constitutionally protected rights, but failed to do so, and it makes him part of the conspiracy to deprive the Plaintiff of her fundamental rights.

23. Haworth was removed as chief justice and another judge, the name of which the Plaintiff does not have the time to look up in order to file this timeously, was appointed. Such judge issued an order end December 2011 prophibiting Moreland's division to hear repeat violence matters unless specifically so

ordered. On January 3, 2012, illegally as set out above, Moreland heard such matter causing the Plaintiff the deliberate harm. Either Moreland disregarded the rule by the chief justice or her was party to her unlawful conduct. This is a matter for evidence at the time of the trial hereof.

24. Chip Shore as set out before knew full well about the unconstitutional conduct and condoned it. Chip Shore further acknowledged in writing not keeping records of cases as the law demands from him.

25. Jeremy is the doctor who saw William for just a few minutes before returning him to the abuse of Fabisiak and must be held accountable for all the harm suffered by William, his driving violations, his medical problems, such as his heart, etc, because Jeremy should have taken it seriously that a mental health patient with a long history of serious mental illness and addictions was abducted by his psychiatrist who even moved him into her home. Jeremy was made aware that William's consent was not an excuse for Fabisiak's criminal conduct. It is uncertain if Jeremy knew Fabisiak's license was fraudulent or that she was by her own admission disabled through mental illness and as later became clear via Cox, often suicidal. Either way Jeremy's conduct was negligent and he must be held accountable for the harm he caused by not having displayed the necessary skill and ability expected from a doctor.

26. The Judicial Qualifications Commission was notified of Gilener, Ezell,

Dubensky etc's illegal conduct which falls inside their duty to correct as

violations of the Judicial Code of conduct. They reverted September 2010

that the courts needed to resolve the issues. This is however not true. That

commission is specifically put there by the people of Florida to avoid the

kind of harm caused in this matter. It is the duty of the Florida Congress and

Senate, also served as interested parties herein, to fully investigate the failure

of the Commission to responsibly deal with the matter. Had this commission

functioned as it should and what the people of Florida pay them for, the

harm by later officials such as Moreland and Smith could have been

avoided.

27. The Florida Bar has a duty to protect the public. The Florida Bar had a duty

towards the Plaintiff as William's husband to know her in their

investigations. William's history is clear. He may have been an attorney for

over twenty years, but his IRS records reflect his inability to have practiced

properly and that only with the help of the Plaintiff he finally found active

commercial law practice that could fit in with his reduced capacity. The

Florida Bar knew Fabisiak took control of William and that all expert

evidence points to such circumstance harming William. Instead of mediating

solutions, they failed to protect him as victim and let free Ozark, Fabisiak's

attorney who twice participated in illegal conduct of Moreland hi-jacking a

court when she had no jurisdiction to do so.

28. The Second District Court of Appeal is the review court for orders by the

12th Judicial Circuit. It is through this court's strange conduct that the

Plaintiff learnt much about the shortcomings of the American Judicial

system. Because the system never made provision for expanded populations,

and kept a low number of judges in relation to the number of matters in a

court, it is impossible for matters to be evaluated by qualified judges and the

clerks become those with the power. When he Plaintiff could prove

conclusively the illegal conduct by Gilner, Ezell, Dubensky, etc and was

already deprived of her most fundamental rights and she invoked the

Supremacy Clause of the Constitution, that court immediately dismissed her

appeals giving no reasons, quoting cases in support of such decision. Such

cases are hereby challenged as unconstitutional .Nothing should be able to

hide Constitutional crimes and abuse such as the Plaintiff suffered and still

suffers. What Birkhold, the clerk and the officials who rubberstamped his

"orders" did was to come in rebellion with the Constitutions of the United

States of America and the State of Florida and to instead of applying the law,

literally became Kangaroo courts which completely blatantly "hid"

Constitutional and other crimes and lawlessness by government officials.

29. Hall of the Florida Supreme court and government officials there did exactly the same. On May 24, 2012 William confessed that he was often in conversation with Hall and Birkhold. It must be remembered. William Riethmiller is not himself, he is under the influence of his psychiatrist and will say whatever he tells her to. Some of the deliberate efforts by her to escape prosecution and harm the whistleblower wife of her victim was filed before. It suffices to say that the Clerk of the Supreme court of a State should know better than to have a Kangaroo style side court when he knows the Plaintiff is being deprived of her fundamental rights to have blind justice before a proper tribunal adhering to the law. Since the very first filings in the Florida Supreme court, all the Plaintiff is asking for is a changed venue, where blind justice can take place. Unfortunately the one thing the courts have tried to do is to stop the Plaintiff from having such platform, an extreme abuse of her Constitutional right such forum.

30. Since her constitutional rights were threatened to be violated by Ezell, the Plaintiff correctly approached this court for protection. It is true she did not know the rules or procedures, but she did make it clear enough that this court could understand a local criminal is friends with the people in the local court and is harming her internationally protected and US Constitutionally protected rights. When the Plaintiff issued the summons of August 6, 2010,

Whittemore was appointed as the judge and sent out case management

notices. A notice to join Obama as a party was served on Holder and

immediately Moody took the matter away from Whittemore with no notices

filed of changing judicial officers as the law and rules demand. Whittemore

had a duty to his Constitutional oath and should have acted in terms of the

rules and law in removing himself from the matter. Whittemore knew

Moody intends to deprive and indeed did deprive the Plaintiff of her right to

be heard and did nothing to protect her from harm, whereas it was his legal

duty to report Moody's illegal conduct.

31. Moody deliberately prematurely and illegally dismissed the 6 August 2010

summons to avoid a 'scandal' and was much more interested in protecting

illegal and corrupt conduct by government officials than to adhere to his

oath to the Constitution of the United States of America. His conduct caused

two more years of harm. If Gilner, Ezell, etc were held accountable the law

would have been enforced and the Plaintiff and her family and most likely at

least some of the 600 victims of Fabisiak's crime would have been

prevented. He must be held accountable for the abuse of his office and

power and for deliberately and illegally harming the Plaintiff. Judges have

immunity, but only when they act inside the Constitution. Outside they are

on their own. The court is referred to the summons of August 6, 2010 and subsequent filings for the legal argument relating thereto.

32. Lamberth is the judge who dismissed a case in the District Court of Columbia where a California attorney filed a copy in court of Mr Obama's social security number he used after he returned from Indonesia as an Indonesian citizen and alleged the social security number belonged to a diseased person, ie, that Mr Obama was not a US Citizen eligible for a social security number and somehow lay his hands on a social security number no longer in use to file his taxes. Unbeknown to the Plaintiff she filed in the same court and objection to the lawlessness she has experienced in the United States by Government officials and criticized Mr Obama for creating divisions, such as alleging the United Nations is not a Christian country which was then quoted by Ezell in defiance and as a "reason" for his own illegal conduct, ie that as Obama did, neither does he need to honor the Constitution of the United States of America and its laws. Accordingly when Lambert tried to not implement the Supremacy Clause in the Plaintiff's filing she appealed that Lambert has not right to on the basis of technicalities avoid implementation of the Supremacy Clause of the United States, that the Supremacy Clause demand immediate implementation and halting of the harm to the Constitution and victims of abuse of the Constitution. That

matter is presently in the United States Court of Appeals under case number 12-5233.

33. Sandy Elliot is a clerk with the United States Supreme Court. On December 7, 2011 the Plaintiff mailed from New York a Motion to the US Supreme Court in case number US SC-11-5659, the original case being the August 6, 2010 filing in this court. The Motion asked for a single judge to consider the new evidence, namely that Fabisiak admitted under oath on November 4, 2011 that Gilner issued her order of October 21, 2009 at her request, and she was not a party to the matter, ie conclusive evidence that the Plaintiff was legitimate in issuing her summons of August 6, 2010, alleging Gilner acted outside the law and Constitution and had no immunity and could be held accountable for his Constitutional crime. The date of mailing is in terms of US Supreme court rules the date on which a matter is interrupted. So keen were the clerk, Sandy Elliot to avoid the matter being dealt with in terms of the Constitution and the laws of the country that she alleged the matter was dismissed. The rules of the Supreme Court allows that where there is an error, such as was perpetrated by Elliot, that a Motion may be filed to correct the error. When the Plaintiff attended at court to file such Motion, Elliot refused to allow her to file the Motion, deliberately obstructing the Plaintiff's most fundamental Constitutional right and causing her irreparable

harm in having to battle on despite being utterly deprived of her individual and human rights by the very bastion of freedom, equality and justice. This incident led to important conclusions set out below.

34. Brad Stuebe is the sheriff for Manatee county and was a defendant in the 6 August 2010 case. After Gilner illegal conduct and Ezell hi-jacking the court was confirmed and therefore a Constitutional crime having been committed over and above State crimes, the Plaintiff notified the FBI. However, Stuebe had the criminal jurisdiction to hold Fabisiak, Ezell, Gilner etc accountable in terms of State law. Stuebe's office made the specific allegation at the time that Fabisiak was not a psychiatrist. It was only in September 2011 that the American Board of Psychiatry and Neurology in writing confirmed Fabisiak's fraudulent license and only end November 2011 was it clear that Fabisiak was actually a psychiatrist. For those having difficulty to follow, it meant Fabisiak had proven crimes of fraud in over 600 matters where she had her evidence relied on when she lacked the integrity, she was despite her fraudulent license actually a psychiatrist and therefore William Riethmiller's consent was not a defense, she needed to be held accountable for her felony. It was Stuebe's Constitutional oath and duty to implement the criminal jurisdiction of the State of Florida, and he failed to do so and quite deliberately. For Stube then 600 Florida citizens did not matter, nor did the

victims of psychiatric crime and he did not care that Ezell and others hi-

jacked a US court, even when clear evidence was provided to him. Stuebe

had the legal and constitutional duty to act and deliberately failed to do so, to

protect those who committed constitutional crimes.

35. The State attorney, Moreland also refused to prosecute, despite clear

evidence of the crimes, also making himself part of the constitutional crimes.

Moreland's second in command, Ed Brodsky, also refused to implement the

law, even when told about the old lady whose assets were specifically

illegally with conflict of interest put into an accounting firm where Fabisiak

had an interest (according to Thomson), after Fabisiak in her capacity as

psychiatrist had declared the lady incompetent to deal with her own affairs.

36. James Boyd is or was the Inspector General for the Florida Department of

Health who on the question of the Plaintiff as to Fabisiak's license wrote on

September 30, 2010 that Fabisiak was certified by the American Board of

Psychiatry and Neurology, which was a fraudulent allegation. Therefore,

Boyd who was investigating Fabisiak decided to go with her fraud rather

than to hold her accountable. The Plaintiff was told Boyd has access from

his office to all boards and that therefore when the letter was written his

office knew full well Fabisiak's license was fraudulent. Boyd is therefore

not only guilty of aiding and abetting Fabisiak's criminal conduct in respect

of her mental health patient, William Riethmiller, but also of her fraud, all of which together intentionally deprived the Plaintiff of her Constitutionally protected rights of transparency and honesty: she had a right to know the doctor, Fabisiak, her medical insurance, Aetna paid the account of, had a fraudulent license at the time Fabisiak billed her insurance and she through her insurance paid the account. Further as to her husband, she had every right to know he was subjected to psychiatric crime by a doctor who is also a long term fraud as Fabisiaks deliberately fraudulently alleged what she was not on her official Florid Department of Health license.

37. David Harian is the director of investigations quoted on the letter of September 30, 2010 of the Florida Department of Health and for the reasons set out above is also guilty of deliberate constitutional deprivation of rights to the Plaintiff.

38. Louise Turner sent the Plaintiff the letter of 30 September 2010 and is the Management Review Specialist. With all the titles, it would have been better if they were just decent honest government officials who when they came across fraud and felony by a psychiatrist that they had the honesty to protect het public and prevent further harm: instead the Florida Department of Health intended more harm for the Plaintiff and her family, even the deprivation of their sacred Constitutional rights.

39. Toby Shultz is the Department of Health officer appointed September 2010,

and who without a doubt knew Fabisiak's license is fraudulent. As a matter

of fact, the Florida Department of Health then set about an elaborate way in

trying to use Fabisiak's fraud to her advantage. It had to do with the law that

if she was not a psychiatrist and had a relationship with a patient, she could

break off the patient doctor relationship and have a sexual relationship.

However, if she was a psychiatrist she could not. Despite William

Riethmiller's long history of mental illness and addictions and despite

having been given expert literature warning about the harm of the

transference phenomenon and that William has an increased risk of death as

a result and of the harm of Stockholms Syndrome, Shultz then participated

with the office of the Governor and the office of the Attorney General to use

Fabisiak's fraudulent license, alleging she is not American Board of

Psychiatry and Neurology certified. Expert legal opinions were then

obtained to say then she is not criminally liable for her "relationship" the

experts say it is always rape, with her mental health patient, because she is

supposedly not really a psychiatrist. The Department of Health collaborated

with Fabisiak's fraud in this fashion to end August 2011 have the

Osteopathic Board order Fabisiak not guilty. Shortly after and as a direct

result of realizing Shultz had Fabisiak before the board as if she is not a

psychiatrist, the Plaintiff uncovered Fabisiak's fraud. The trial of this matter must fully investigate the circumstance. The law was specifically used to hide the illegal conduct, as a not guilty then keep all information hidden. This court must pierce the vail. When a government department uses the law to hide crime it is not allowed to avail itself to protection. This court has the right and duty to expose the fraudulent conduct inside the Florida Department of Health at the expense of the Plaintiff and her family.

40. When end November 2011 Fabisiak put her actual qualifications on her license it was clear she was actually a psychiatrist and therefore the ruling of August 2011 was invalid and she must be prosecuted, this time for her clear fraud over years as well, as well as failing to have notified the Florida Department of Health of her mental illness. The Plaintiff wrote a letter to the Chief legal officer of the Florida Department of Health. To date she has not had the courtesy of a reply. Most of the laws Fabisiak violated were quoted. Details were given how the Plaintiff tried to deal with the matter peacefully, writing two letters offering forgiveness and Bible verses, but rightly demanding to at least know how her husband is, that he is safe and fine and where the family pets are. Asking your husband to see a psychiatrist should not lead anyone anywhere in the world to the kind of ordeal the Plaintiff has had, even the loss of beloved innocent pets.

41. The Surgeon General was made fully aware of the circumstance and had a duty to intervene and apply the law and failed to do so.

42. The Florida Inspector General was given full details and kept referring the matter to the Florida Inspector General for the Department of Health even when proof was provided that the latter was in cahoots with Fabisiak's fraud.

43. The Florida Governor's office did the same when they had the duty to protect citizens from constitutional harm as the Plaintiff her family and the over 600 others have suffered. The Governor was given proof that Fabisiak was not a Florida licensed accountant, yet had somehow become an accountant vendor to the Florida Department of Health . It was pointed out to the Governor how he had a person being a psychiatrist doing State work and who also did State work, albeit being a vendor illegally and that he needed to examine if there was an overlap, ie, if Fabisiak was psychiatrist and accountant to the same people. The query was ignored.

44. The Attorney General for the State of Florida apparently hosted most of the meetings where legal experts were paid more than for any other case, according to Schultz, in the efforts of the State of Florida to avoid implementing the Constitutions of the State of Florida and the United States and its laws to the case of Fabisiak. The Attorney General had a duty to the people of Florida not to corrupt officials or a corrupt psychiatrist. The

67

Attorney General did not only fail the Plaintiff, her family and the 600, but all the people of Florida, because as the custodian of the law and its process her failure to protect is against us all.

45. The Second list are people in nongovernmental organizations who are so intimidated because government is not protecting victims, that when they had the choice of conducting themselves in terms of their principles, they failed to do so, Kathleen King, Manatee County Republican Party Chairman who has had full knowledge of the unconstitutional conduct by Republicans in office and who by virtue of what that organization stands for had a duty to hold them accountable, at the very least implementing Section 3 of the Constitution of the United States which prohibits candidates in elections who were in office and violated their oath of office to the constitution, such as Steube and Shore.

46. Pastor Kennedy who knows more than ten witnesses know the Plaintiff called him out of church the day she found out her husband had been abducted by his psychiatrist and that they got rid of family pets Buddy and Princess. Kennedy know William refused to tell her the whereabouts of the family pets and that when she grabbed at William he came no harm and she left after that and that therefore Gilner had no foundation for his order as there was never any violence or harm, at most reasonable upset. On May 24,

2012 before Smith William Riethmiller lied and said he had called Kennedy

out of the church, which is a blatant lie, but again, it must be understood he

is a victim of serious psychiatric crime and under the influence of Fabisiak.

It remains Kennedy's duty to acknowledge it was the Plaintiff who called

him out of church.

47. The Plaintiff's husband William and Cox were Gideons and the Plaintiff and

auxiliary. After the filing of the last summons it provided an opportunity to

deal with the matter in truth and much hardship could have been avoided.

Instead Cox took it upon himself to abuse the Plaintiff, full details of which

will be provided at the trial.

48. Cox and the Plaintiff were volunteer Chaplains at Blake hospital. When the

Plaintiff discovered Fabisiak's license is fraudulent she notified Blake which

then turned hostile to her and did not update her volunteer opportunity. Later

Fabisiak made the false allegation that the Plaintiff would have harassed and

followed her. The Plaintiff is a simple straightforward person. When she

learnt Fabisiak moved her mental health patient, the Plainitiff's husband into

her home, she in a calm manner wrote two letters, delivered calmly in broad

daylight with witnesses. Fabisiak's allegations of an altercation were not

only deliberately false, but contrary to the fact that the receptionist at

Fabisiak's rooms was specifically told by the Plaintiff to tell Fabisiak that

the Plaintiff came in peace and merely wants discussion to know her husband is fine. The history is clear, not only did Fabisiak at the time have a fraudulent license and had violated her mental health patient, she saw a peaceful biblical fashion by the Plaintiff of dealing with the matter as an opportunity to deliberately falsely cause the Plaintiff harm, ie, even in that she used her skills as psychiatrist to try and create a label for the Plaintiff which will never stick, because the Plaintiff is a highly trained calm Christian who brings her problems to God and deal with people firmly but peacefully. At all times in this ordeal, the Plaintiff has followed the direct legal route and if she had even one honest person respecting the Constitution of the United States and its laws, the matter would long have been resolved.

49. Manatee Hospital acknowledged Fabisiak gave them a certificate from the American Board of Psychiatry and Neurology, that she was supposedly so certified, which was of course fraud. Instead of taking steps against Fabisiak, they kept her on and continue to expose the public to a person who committed fraud on her license for years, a felony in respect of her mental health patient, and is by her own confession disabled through mental illness.

50. The Third List of Defendants are officials who were given sufficient details to know the allegations of the Plaintiff are true and founded on provable material, ie William Riethmiller was Fabisiak's mental health patient,

Fabisiak's license was fraudulent, Ezell acted outside the law in a blatant and deliberate fashion to deprive the Plaintiff of her fundamental rights, etc. Nhlapo is part of the South African embassy staff in Washington DC and undertook to start conversation with the United States through the office of Hillary Clinton who gives herself out as a human and women's rights proponent. Obviously Clinton's idea of equality does not stretch as far as the Plaintiff and puts a great question as to her sincerity. However, Nhalpo has no excuse to not have bravely fought the fight of equality, justice and freedom for the Plaintiff, and he should have motivated South Africa to make a case against the United States in the International criminal court for the total abuse of the Plaintiff and her family, but in particular also for the total disregard of the over 600 other victims of Fabisiak's fraud. The United States had a great deal to say about South Africa in the past and had no qualms to hold it accountable. There should be no reason whatsoever why South Africa refuses to hold the United States accountable. It more than any country should know, that it is by holding those in power accountable, that the Constitution survives.

51. The previous paragraph deals with Hillary Clinton. It is her legal duty to let the United States submit itself to the International Criminal Court so that the extreme human and individual rights abuses that are still being suffered can

be stopped, unless this court accepts its responsibility and deal with the perpetrators as is its Constitutional duty. However, in the absence thereof, the United States must allow itself to be held accountable in terms of international laws and treaties.

52. President Obama has in more than can be briefly mentioned violated the Constitution of the United States of America with consequences which could mean the end of the Constitution, yet, those with the duty to act fail to do so. For the purpose of this summons the relevance is that the lawlessness is prevalent in the United States at all levels, and his conduct to ignore his oath to the Constitution of the United States of America may be influencing other government officials. As to the Plaintiff she took her oath to the Constitution of the United States of America, not to any person, and she believes Mr Obama, like all the other government officials here must be held accountable for violating the Constitution of the United States. What is relevant in this matter is Obama has known since September 2010 of the extreme human, civil and individual rights abuses the Plaintiff suffers. He knows she is a conservative Christian, and although he is a liberal, he is supposed as President to uphold the constitution in respect of all citizens. He accordingly had a Juty to stop the harm.

53. John Roberts was notified of Sandy Elliot's abuse of power and had a duty to implement the Constitution and stop the harm, and failed to do so.

54. Robert Mueller of the FBI was notified in detail of the pending threat of irreparable harm by Smith and charges were laid by affidavit with the FBI to prevent that part of the 18USC241 crime the Plaintiff suffered. Before that, the FBI was also notified, so for a very long period of time, the FBI could have prevented the harm and the FBI have the duty to make sure the over 600 other victims are safe and have failed to do so. The FBI wrote much about psychiatric crime and know full well William Riethmiller's history of mental illness and addictions and know he is a vulnerable mental health patient abducted by his psychiatrist and need protection.

55. Eric Holder allowed the Constitutional abuse and he like Obama criticize countries like China merely for political gain not in sincerity for human and civil rights abuses, as he had every opportunity to stop the Constitutional abuses the Plaintiff has suffered.

56. The States of New York and Georgia are influenced to harm the Plaintiff whenever she enters the country through those ports. Those States are hereby notified of the details and if they once more put her through procedures intended for criminals not an innocent victim of constitutional crime, then she shall hold those States accountable as well.

57. The balance of the Defendants are interested parties, some with a duty to act under the circumstance.

58. The Plaintiff repeats the contents of the above paragraphs as if specifically forming part hereof. She has shown this court that she has been deprived of fundamental rights with the intent to harm by one or more persons and she demands judgment against the Defendants in list one, for a sum in excess of $20million US, plus interest and costs, and or further and or alternative relief.

Respectfully submitted on August 8, 2012

Annamarie Riethmiller

1207 43td St W

Bradenton

Fl 34209

Annamarieversfeld@yanoo.com

Tel: 337-254-1451

74