# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**ANNAMARIE D. RIETHMILLER,**

     **Plaintiff,**

**v.**                                    **Case No.  8:12-cv-1796-T-30AEP**

**BRAXTON EZELL,** *et al.*,

     **Defendants.**

_____/

## ORDER

THIS CAUSE comes before the Court upon the filing of Plaintiff's complaint against Defendants.  The Court concludes that the complaint is utterly frivolous and should be dismissed.

This is now the seventh case Plaintiff has filed in the Middle District of Florida, Tampa Division.  The previous six cases were dismissed for lack of jurisdiction and/or for being barred under the *Rooker-Feldman* doctrine.  Although not a model of clarity, Plaintiff's rambling, sixty-five page complaint against fifty-three Defendants,[1] including the President of the United States, the Surgeon General, Hillary Clinton, Eric H. Holder, the states of New York and Georgia, the Florida Senate, the Florida Congress, and the United States Congress and Senate appears, yet again, to seek some sort of relief related to her domestic dispute with her ex-husband and his mistress/psychiatrist.

---

[1] It appears that the undersigned is also a named Defendant; however, the Court sees no reason to recuse himself given the frivolous nature of Plaintiff's complaint.

As the federal judges in this district held in Plaintiff's prior cases, in which she was seeking emergency injunctive relief arising from actions occurring in state court,[2] this Court does not have jurisdiction over these matters. Here, Plaintiff's complaint is so unclear that it is impossible for this Court to glean any jurisdictional basis.

Also, because Plaintiff's complaint is entirely unclear, consists of stream of consciousness thoughts, and borders on the insensible and absurd, it fails to state a claim upon which relief can be granted.

To the extent Plaintiff is challenging a previous state-court judgment, such a challenge would be barred by the *Rooker-Feldman* doctrine. *See Rooker v. Fidelity Trust Co.,* 263 U.S. 413, 44 S.Ct. 149, 68 L.Ed. 362 (1923), and *District of Columbia Court of Appeals v. Feldman,* 460 U.S. 462, 103 S.Ct. 1303, 75 L.Ed.2d 206 (1983).

In sum, Plaintiff's complaint is entirely without merit and frivolous. Accordingly, it would be futile to allow Plaintiff to amend her complaint, especially given her history of frivolous filings with this Court.

It is therefore ORDERED AND ADJUDGED that:

1.     This case is dismissed and the Clerk of Court is directed to close this case and terminate any pending motions as moot.

---

[2] *See* 10cv1763, 10cv1892, 10mc84, 10mc94, 10mc95, 11cv2194.

2.      Plaintiff is also notified that if she files any future pleadings that the Court deems legally frivolous, she will be designated as a vexatious litigant which will require her to seek Court approval prior to filing future actions.

**DONE** and **ORDERED** in Tampa, Florida on August 10, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies furnished to:**</u>
Counsel/Parties of Record

S:\Even\2012\12-cv-1796.dismiss.frm